JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SATHER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:22-cv-02309 MWF (Ex)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　IT IS SO ORDERED that, pursuant to the separately filed Stipulation for Compromise Settlement (Docket No. 45), this action is hereby DISMISSED with prejudice. Each party to bear its own costs and fees.

Dated: May 14, 2024

　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge